## UNITED STATES

### *v.*

## FERNANDO QUIÑONES.

---

San Juan, Criminal, No. 623.

INDORSEMENT NOT A TRUE BILL.

Criminal Procedure—Grand Jury—Loss of Papers.

> Where the indictment is lost, and not presented to the grand jury, it is sufficient for them to indorse, "Not a true bill," upon the mittimus or whatever part of the file in the case comes to them, and if the court ratifies this action by releasing the prisoner there is no error.

Opinion filed April 13, 1916.

---

*Mr. Miles M. Martin,* United States Attorney, for the government.

NOTE.—As to effect of loss of indictment, see note in 41 L.R.A.(N.S.) 1079.

HAMILTON, Judge, delivered the following opinion:

In this case a part of the file has been lost, and I think it would be sufficient for the grand jury to make the indorsement on the mittimus. Technically, the indorsement of a true bill or not a true bill is supposed to be upon the indictment itself, and that would be absolutely essential, I am sure, on the formal indictment if found, but if you do not think that it is a true bill, I am satisfied that it would amount to the same thing, if the government does not furnish an indictment, for you to indorse upon what file does come to you, "Not a true bill." In such case whatever else it is or is not, it is certainly not a true bill. And then if the court ratifies this by releasing the defendant, I am sure that there could be no error at all. So I will ask your foreman to receive from the clerk the particular file, if it is only a mittimus, or what ever is in the file, and indorse on that, "Not a true bill." It has to be done before you are discharged, otherwise you are *functi officio*.